# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2024

## NO. 03-24-00683-CV

**Greater Nevada Credit Union, Appellant**

**v.**

**Paramount Development Finance Partners 3.0 Series 8, LLC; and PSL Austin Lending, LLC, Appellees**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on October 16, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.